**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KOSTELANETZ LLP,<br><br>Plaintiff,<br><br>-against-<br><br>JASSER THIARA,<br><br>Defendant. | 26-CV-735 (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to propose three dates in **September** for an Initial Case Management Conference pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.

The parties are directed to meet and confer regarding issues of subject matter jurisdiction. Parties should decide if they intend to brief the issue and if so, propose a briefing schedule.

The parties are directed to consider whether they are interested in being referred to another Magistrate Judge for settlement.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 31, 2026
New York, New York