**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KOSTELANETZ LLP,<br><br>Plaintiff,<br><br>-against-<br><br>JASSER THIARA,<br><br>Defendant. | 26-CV-735 (OTW)<br><br>**PRO SE ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Defendant is self-represented. The Defendant is directed to file a letter on the docket, informing the Court as to whether he will be seeking counsel or is planning to proceed Pro Se by **September 1, 2026.**

To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self-represented litigants are hereby **ORDERED** to inform the court of each change in their address or electronic contact information.

Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on

the hyperlinks in this order, or by accessing the forms on the court's website, nysd.uscourts.gov/forms.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 31, 2026
New York, New York